# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134268

ROOYAKKER & SITZ, P.L.L.C., MATHEW
DAVID ROOYAKKER, GEORGE MICHAEL
SITZ, and SANDRA K. BURNS,
         Plaintiffs-Appellants,

v

PLANTE & MORAN, P.L.L.C., KEVIN LANG,
and MICHELLE CARROL,
         Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134268
COA: 273173
Otsego CC: 06-011600-CK

      On order of the Court, the application for leave to appeal the May 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

t1119

_____
Clerk